1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HAROLD SNELLING, on behalf of )        CV 10-1905 DSF (AGRx)
     himself and all others similarly )
12   situated,                       )        JUDGMENT
                                      )
13              Plaintiff,            )
                                      )
14        v.                         )
                                      )
15   PACIFICARE OF CALIFORNIA and )
     SECURE HORIZONS GROUP           )
16   RETIREE MEDICARE                )
     ADVANTAGE PLAN,                 )
17                                    )
                Defendants.          )
18   _____ )

19        The Court dismissed Plaintiff's claims against Defendant PacifiCare of

20   California for lack of jurisdiction, and finds that there is no just reason for delay in

21   issuing this judgment as to PacifiCare.

22        THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff take

23   nothing, that the action be dismissed without prejudice and that PacifiCare recover

24   its costs of suit pursuant to a Bill of Costs filed in accordance with 28 U.S.C. §

25   1920.

26        IT IS SO ORDERED.

27            9/2/10
     Dated: _____            _____
28                                              Dale S. Fischer
                                           United States District Judge