UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SNELLING, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFICARE OF CALIFORNIA and SECURE HORIZONS GROUP RETIREE MEDICARE ADVANTAGE PLAN,<br><br>　　　　Defendants.<br>_____ | Case No. CV 10-1905 DSF (AGRx)<br><br>JUDGMENT |

　　The Court having dismissed the claims against Defendant PacifiCare of California, and Plaintiff having voluntarily dismissed the claims against Defendant Secure Horizons Group Retiree Medicare Advantage Plan,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated:　December 2, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge